Myeres.com Reservations Inc.
625 Yearling Trail
Sebastian, Fl. 32958
Telephone No.: (805) 459-6533
Email: Brad@myeres.com

Brad Flom/Myeres.com Reservations Inc., IN PRO PER

FILED

JUN 2 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ GGV _____ DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

NAME OF PLAINTIFF(S)

INNsight.com Inc.

vs.

NAME OF DEFENDANT(S),

Myeres.com

Reservations, Inc.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: '22CV360 JO DEB**

**RESPONSE FOR COMPLAINT FOR COPY
INFRINGEMENT**

**DEMAND FOR CHANGE OF VENUE**

Defendant Myeres.com Reservations, Inc. responds to complaints made by Plaintiff INNsight.com Inc. responds as follows:

## INTRODUCTION

1. Defendant Myeres.com Reservations, Inc. has been in the website, and reservation software business for over 17 years. Myeres.com Reservations Inc denies use of software for ADA tray, and use of "copyrighted material" as the internet has provided information from ada.gov and several Free templates to use.

1

Response

**PARTIES**

2. Defendant is a Florida Corporation with a principal place of business at 625 Yearling Trail Sebastian, Fl. 32958

3. Plaintiff is a Delaware corporation with a principal place of business at 2445 Ocean Ave. San Francisco, Ca. 94127

**JURISDICTION AND CHANGE OF VENUE**

4. Under Section 1404(a) of Title 28 provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought."

5. Myeres.com Reservations, Inc has several clients in several states around the United States as it is a website and reservation company.

6. As President, Treasurer, and Secretary live in Florida and the corporation is located at 625 Yearling Trail Sebastian, Fl. 32958 which is also my home.

7. Florida Profit Corporation Document Number P16000010177 EIN# 81-1333552 has a principal address of 625 Yearling Trail Sebastian, Fl. 32958 and same for Registered Agent Name and Address as filed and active on 01/26/2022

8. Plaintiffs attorney claimed that he could not find Registered Agent at the address at 5192 Formosa Circle Dr and filed service of documents to Secretary of State in Florida illegally as date was changed at time of move and was viewable on January 26 2022 with new address as required by law with annual report to Secretary of State of Florida dated 01/26/2022 even though complaint was filed 03/2022.

9. Brad Flom President, Vice President, and Secretary holds a valid Florida Drivers License and resides 12 months out of the year in Florida

10. Venue is appropriate in the Southern District of Florida for the convenience of witnesses, Brad Flom, and expert testimonial.

**RESPONSE COMMON TO ALL CLAIMS**

11. Myeres.com Reservations. Inc. has been a website and reservation software provider for the hotel and lodging industry for 18 years.

12. Myeres.com Reservations, Inc uses a Free ADA Tray(Software) widget from www.userway.org which includes an ADA tray for accessibility widgets.

13. The ADA tray from Userway.org is in NO way tied into the copyrighted ADA tray of Innsight Inc

14. Information is freely available on the internet with a lot of this information coming from ADA.gov supplier of ADA website compliance, Browser Developers ie Firefox, Edge, Chrome, and free templates for privacy information like Trust Guard PCI Compliance.

**Plaintiffs Alleged Registered Copyright**

15. Innsight Inc. Alleges they have "ADA Accessibility page painstakingly created which is a blatant lie as all information is provided on the web like brands like Best Western, IHG, Whyndham which provides information on regulations for hotels to have to be in ADA compliance along with information stated on compliance website from government www.ada.gov

16. Myeres.com Reservations Inc first used an accessibility page on July 15 2017 which was a compilation of information from branded websites and www.ada.gov

17. Most hotels do not have all the required ada items so that is why websites contain all items as described by brands and ada.gov along with browser designers on tools to move around.

18. Myeres.com Reservations also provides a simple and easily movable plain ada template website.

**Response to Defendants Infringing Use**

19. Bay Inn and Suites is just one of several clients www.bayinnsandiego.com and uses www.userway.org free ADA Tray, Basic ADA website, Skip Navigation,

Accessibility page which is comprised of material from several site transferred over based upon information

20. Accessibility page was created July 15 2017 as stated prior and prior to supposed copyright of general information readily available from governmental agencies with the federal government, Brands, and Browser manufacturers

21. Innsight Inc alleges that they copyrighted readily available information May 30, 2019

## RESPONSE TO FIRST CAUSE OF ACTION

### Reponse Direct Copyright Infringement

22. Accessibility page is NOT an original document as it is a conglomeration of materials from Governmental websites, Brands, and Browser Manufacturers public information

23. ADA registered tray(software is NOT in question as Myeres.com Reservations. Inc user a free widget at www.userway.org for its ADA tray

24. Myeres.com Reservations Inc. complies with several items requested from ada.gov Privacy Policy, SSL Certificate, Terms of Service, Accessibility Page, Skip Navigation, Simpler ADA Website, Display of Phone Number, ADA tray on right with all the software tools for Text Size, Contrast, Voice etc...

25. Request for $150.000 is frivolous as information is readily available on the internet

### Response to Second Cause of Action

26. Plantiff contends that Myeres.com Reservations Inc has substantially profited from material available on the internet on the accessibility page. This is NOT true as Myeres.com Reservations have had 5 lawsuits against the websites ranging from frivolous reasons like ADA counter height with picture not show, bookable ADA room on reservation program, Handicapped parking spot in front, and actual inspection of hotel for items to make room ADA compliant

1   27. All information on Accessibility page is from governmental agencies, public
2       information from browser manufacturers, and brands which have supplied
3       wording to its franchisees which I have several of their websites I have
4       developed.

5                           **Prayer for Court Case Dismissed**

6       WHEREFORE, Defendant Myeres.com Reservations, Inc. prays for dismissal in its
7   favor against Plaintiff as follows:

8       a) Myeres.com uses several tools and free software to comply to governmental requests
9       b) Not legally served in the state of Florida.
10      c) Case should be in Florida Southern District if deemed necessary
11      c) Information is freely available on the internet

13  DATED: June 23, 2022

15                                              Brad Flom
16                                              President, Secretary of Myeres.com
                                                Reservations, Inc.
                                                In Pro Per

18  Brad Flom
19  Myeres.com Reservations, Inc.
    625 Yearling Trail
20  Sebastian, Fl. 32958

**Extremely Urgent**

This envelope is for use with the following services:  **UPS Next Day Air®**
**UPS Worldwide Express™**
**UPS 2nd Day Air®**

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

BRAD FLOH
(805) 452-2533
THE UPS STORE #4288
8811 N US HIGHWAY 1
SEBASTIAN  FL 32958-9363

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 23 JUN 2022

SHIP ATTN  CLERK OFFICE
TO: US SOUTHERN DISTRICT COURT
STE 420
333 W BROADWAY

SAN DIEGO  CA 92101-3806



CA 921 9-10

UPS NEXT DAY AIR
TRACKING #: 1Z V9F 297 01 1031 2720

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #2: 1/ 3

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

RECEIVED
JUN 24 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY



