

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNsight.com Inc.<br><br>Plaintiff,<br>V.<br><br>Myeres.com Reservations Inc.<br><br>Defendant. | Civil Action No.   22cv0360-AGS-DEB<br><br><br>**CLERK'S DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment (ECF 17) is GRANTED IN PART. The Clerk is directed to enter judgment in favor of plaintiff and against defendant for $31,038.97, consisting of $25,200 in damages, $5,040.00 in attorney's fees, and $798.97 in costs and fees.

Date:       5/1/23

**CLERK OF COURT<br>JOHN MORRILL, Clerk of Court**

By:  s/ J. Simmons

J. Simmons, Deputy